# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 15-32219 |
| Demetrius Jennings | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on August 13, 2015.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because lost his job.

3. The debtor(s) is now able to resume payments to the Trustee because his family is now helping him until he can find a job. Payments have resumed.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 2 day of October, 2017.

/s/ Joshua C. Milam
*Joshua C. Milam*

*Attorney for Debtor*:
Joshua C. Milam ASB-3046-T99U
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 2 day of October, 2017.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

                                                  /s/ Joshua C. Milam ASB-3046-T99U
                                                  *Joshua C. Milam*