UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 15-32219-WRS
                                              Chapter 13

Demetrius Jennings,

    Debtor.

## ORDER ALLOWING WITHDRAWAL OF MOTION TO DISMISS

The Trustee filed a motion (Doc. # 29) Trustee's Motion to Dismiss Case for Failure to Make Plan Payments. The matter came on for hearing on January 29, 2018. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is WITHDRAWN.

Done this 1st day of February, 2018.

D. Sims Crawford
United States Bankruptcy Judge

c:    Debtor
    Joshua C. Milam, Attorney for Debtor
    Sabrina L. McKinney, Trustee